United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA MCKINZIE,  No. C-11-80303 EMC MISC

    Petitioner,

    v.  **ORDER OF REFERRAL**

DANE STEPHEN FABER,

    Respondent.
_____/

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Maxine M. Chesney for consideration of whether the case is related to *U.S. Securities and Exchange Comm'n v. Faber*, 09-80018 MMC MISC.

IT IS SO ORDERED.

Dated: December 28, 2011

_____
EDWARD M. CHEN
United States District Judge