1  DAVID J. HOFMANN -- BAR NO. 42047
   CATOSHA L. WOODS -- BAR NO. 228640
2  HOGE, FENTON, JONES & APPEL, INC.
   4309 Hacienda Drive, Suite 350
3  Pleasanton, CA 94588
   Phone: 925-224-7780
4  Fax: 925-224-7782

5  Attorneys for Petitioner
   DONNA MCKINZIE

Dated: February 23, 2012

**IT IS SO ORDERED**
/s/ Maxine M. Chesney
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| DONNA MCKINZIE,<br><br>    Petitioner,<br><br>  vs.<br><br>DANE STEPHEN FABER,<br><br>    Respondent. | No. CV-11-80303 MMC MISC<br><br>NOTICE OF CONDITIONAL SETTLEMENT AND ADMINISTRATIVE MOTION FOR CONTINUANCE OF CONTEMPT HEARING<br><br>Date:   February 24, 2012<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 7, 19th Floor<br>Judge:  Honorable Maxine Chesney |
|---|---|

Petitioner hereby seeks a continuance of the Motion for Contempt currently set for hearing on Friday, February 24, 2012 in the above captioned court on the grounds that the Petitioner and the party to be held in contempt have reached a conditional agreement to resolve the dispute.  All of the acts to be performed in satisfaction of the parties' agreements should occur in 90 days, by which time, Petitioner expects to file a notice of satisfaction of the underlying Judgment and will request dismissal of this miscellaneous action.   As such, Petitioner requests a continuance to June 29, 2012.

DATED: February 22, 2012

Respectfully submitted,

HOGE, FENTON, JONES & APPEL, INC.

By /S/_____
   Catosha L. Woods
   Attorneys for Petitioner Donna McKinzie