DAVID J. HOFMANN -- BAR NO. 42047
CATOSHA L. WOODS -- BAR NO. 228640
HOGE, FENTON, JONES & APPEL, INC.
4309 Hacienda Drive, Suite 350
Pleasanton, CA 94588
Phone: 925-224-7780
Fax: 925-224-7782

Attorneys for Petitioner
DONNA MCKINZIE

**IT IS SO ORDERED**
/s/ Maxine M. Chesney
Judge Maxine M. Chesney

Dated: February 23, 2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA MCKINZIE,<br><br>    Petitioner,<br><br>  vs.<br><br>DANE STEPHEN FABER,<br><br>    Respondent. | No. CV-11-80303 MMC MISC<br><br>NOTICE OF CONDITIONAL SETTLEMENT AND ADMINISTRATIVE MOTION FOR CONTINUANCE OF CONTEMPT HEARING<br><br>Date:     February 24, 2012<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 7, 19th Floor<br>Judge:    Honorable Maxine Chesney |

Petitioner hereby seeks a continuance of the Motion for Contempt currently set for hearing on Friday, February 24, 2012 in the above captioned court on the grounds that the Petitioner and the party to be held in contempt have reached a conditional agreement to resolve the dispute.  All of the acts to be performed in satisfaction of the parties' agreements should occur in 90 days, by which time, Petitioner expects to file a notice of satisfaction of the underlying Judgment and will request dismissal of this miscellaneous action.   As such, Petitioner requests a continuance to June 29, 2012.

DATED: February 22, 2012                Respectfully submitted,

                                        HOGE, FENTON, JONES & APPEL, INC.


                                        By /S/_____
                                           Catosha L. Woods
                                           Attorneys for Petitioner Donna McKinzie

-1-

Motion for Continuance
\\HFJAFS\NDrive\84203\Ple\887945.doc